UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   **2:20-cv-11124-JGB (MAA)**                                         Date: **August 5, 2021**

Title    **Anna Neal Negrete v. Los Angeles County et al.**

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| James Muñoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   **Order Regarding Plaintiff's Failure to Reply to Court's Order to Show Cause (ECF No. 15)**

On June 22, 2021, the Court issued an Order to Show Cause Why the Lawsuit Should Not Be Stayed Pursuant to *Younger* Abstention. ("OSC-1," ECF No. 15.) The Court ordered Plaintiff Anna Neal Negrete ("Plaintiff") to show cause by **July 22, 2021** why the Court should not recommend that this lawsuit be stayed based on the abstention doctrine set forth in *Younger v. Harris*, 401 U.S. 37 (1971). (*Id*. at 4.) The Court specified that Plaintiff could comply with OSC-1 by filing a written response containing one of the following: (1) an admission that this lawsuit is barred by the *Younger* abstention doctrine; or (2) a response arguing why this lawsuit is not subject to *Younger* abstention. (*Id*.) OSC-1 warned Plaintiff that failure to comply would result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or comply with court orders. (*Id*.)

To date, Plaintiff has not filed a response to OSC-1. Plaintiff is **ORDERED TO SHOW CAUSE** by **September 6, 2021** why the Court should not recommend that the lawsuit be dismissed for failure to comply with a Court order. If Plaintiff files a response to OSC-1 on or before that date, this second Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or comply with court orders**. *See* C.D. Cal. L.R. 41-1.

It is so ordered.

**Time in Court:**   0:00