# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA NEAL NEGRETE,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY et al.,<br><br>Defendants. | Case No. 2:20-CV-11124-JGB (MAA)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file herein and the Report and Recommendation of United States Magistrate Judge. The time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that:

1. The Report and Recommendation of United States Magistrate Judge is ACCEPTED;

2. Plaintiff Anna Neal Negrete's ("Plaintiff") law-of-the-case-doctrine objection is OVERRULED;

3. Defendant Los Angeles County's (the "County") Request for Judicial Notice ("RJN") (ECF Nos. 38-3, 39-2) is GRANTED IN PART AND DENIED IN PART as follows:

|   |   |   |   |
|---|---|---|---|
| | | a. | Granting RJN No. 2 (Exhibit A) and RJN No. 5 (Exhibit B); and |
| | | b. | Denying RJN Nos. 1, 3 and 4; |
| | 4. | | Defendant County's Motion to Dismiss (ECF No. 28) is GRANTED IN PART AND DENIED IN PART as follows: |
| | | a. | Denying without prejudice on the statute of limitations; |
| | | b. | Denying without prejudice on issue preclusion; |
| | | c. | Granting dismissal of Defendant Kedren Acute Psychiatric Hospital & CMCH ("Kedren") without prejudice and denying Plaintiff's request that summons be issued against Kedren; |
| | | d. | Denying without prejudice for failure to state a *Monell* claim; |
| | 5. | | Defendants Verenice Salazar, Patricia Blaylock, Janet Nichols, Jonathan Willey, and Melania Vartanian's Motion to Dismiss (ECF No. 35) is GRANTED IN PART AND DENIED IN PART as follows: |
| | | a. | Denying without prejudice on the *Rooker-Feldman* doctrine; |
| | | b. | Denying without prejudice on the claims against Defendant Salazar based on the statute of limitations; |
| | | c. | Denying without prejudice on issue preclusion; |
| | | d. | Granting without prejudice for failure to comply with Rule 8; |
| | | e. | Dismissing without prejudice the supervisory liability claims against Defendants Blaylock and Willey; |
| | | f. | Dismissing without prejudice the claims against Defendant Vartanian for violating Rule 8 and failure to state a claim, and denying as moot Defendant Vartanian's defenses pursuant to the First Amendment and California Civil Code section 47(b); |
| | | g. | Denying without prejudice on the intentional infliction of emotional distress claim; |
| | 6. | | Defendant Bobby Cagle and Defendant Dr. Matthew Wong are DISMISSED without prejudice; |

7. The Fourth Amendment search-and-seizure claim is DISMISSED with prejudice; and

8. Plaintiff is GRANTED leave to file an amended complaint no later than thirty days of the date of this order, but not adding any new claims or defendants, and not including the Fourth Amendment search and seizure claim, which is dismissed with prejudice.

DATED: September 22, 2022

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE