Anita Susan Brenner, Esq. (SBN 58741)
**LAW OFFICES OF TORRES & BRENNER**
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
Telephone:  (626) 792-3175
Facsimile:   (626) 792-2921
E-mail:       info@torresbrenner.com

Attorneys for Attorneys for Defendants County of Los Angeles, a public entity, and public employees Verenice Salazar, Patricia Blaylock and Janet Nichols

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA NEAL NEGRETE,<br><br>Plaintiff,<br><br>vs.<br><br>(LOS ANGELES COUNTY Collectively by and through, LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES, LOS ANGELES COUNTY DEPARTMENT OF MENTAL HEALTH, KEDREN ACUTE PSYCHIATRIC HOSPITAL & CMHC), BOBBY CAGLE, an individual, VERENICE SALAZAR, an individual, PATRICIA BLAYLOCK, an individual, JANET NICHOLS, an individual, SHARON BATEMAN, JONATHAN WILLEY, an individual, MELANIA VARTANIAN, an individual, VANTY VASQUEZ, an individual, IVETTE TORRES, an individual, ROBERT WEISS, an individual, MATTHEW WONG, an individual, CHILDREN'S LAW CENTER OF CALIFORNIA A CALIFORNIA NON PROFIT CORPORATION,<br><br>Defendants. | Case No. 2:20-cv-11124-JGB-MAA<br><br>**DECLARATION OF ANITA SUSAN BRENNE, ESQ. IN SUPPORT OF DEFENDANTS COUNTY OF LOS ANGELES, VERENICE SALAZAR, PATRICIA BLAYLOCK, AND JANET NICHOLS' MOTION TO DISMISS PLAINTIFF'S FOURTH AMENDED COMPLAINT [ECF 112]**<br><br>[Pursuant to F.R.C.P. 12(b)(6)]<br><br>**Complaint filed:  December 7, 2020**<br>**FAC:**   April 20, 2021<br>**SAC:**   March 4, 2022<br>**TAC:**   October 24, 2022<br>**4thAC:**  October 3, 2023 |

I, Anita Susan Brenner, hereby declare:

1. That I am an attorney licensed to practice law in the State of California and am one of the attorneys of record for defendants County of Los Angeles, a public entity Defendants County of Los Angeles, a public entity, and public employees, Verenice Salazar, Patricia Blaylock and Janet Nichols in Anna Neal Negrete v. Los Angeles County, et al., U.S. District Court, Central District, Case No. 2:20-cv-11124-JGB-MAA.

2. If called and sworn to testify, the following would be within my personal knowledge, and I would so state.

3. Plaintiff filed the Fourth Amended Complaint ("4AC"), on October 3, 2023. I immediately asked Plaintiff's counsels if they would agree to a 10-day extension. Mr. Neal agreed. However, due to the press of business, I asked him for a 14-day extension. He did not respond. Later, he told me that he was in trial.

4. On October 5th, I filed a request for an extension. See ECF 113. In that request, I stated, "Plaintiff's counsel Mr. Neal agreed to a 10-day extension, but has not responded to a further request for the 14-day extension, nor has Mr. Neal signed a proposed stipulation. If he does agree, we will file the stipulation separately."

5. I also sent a lengthy correspondence to Plaintiff's counsels, Na'Shaun L. Neal, Esq. and Lakeisha Monique Dorsey, Esq, on October 10, 2023. The letter outlined many of the issues in the present motion, in great detail, with references to the docket, the 4AC, and to case authority. I did not hear back from Mr. Neal nor Ms. Dorsey.

6. During the week of October 9, 2023, I tried to set up a phone conference with Plaintiff's counsels. I was under the impression that we could talk on October 12, 2023. On October 12, 2023, the meeting did not occur, and I was advised that due to their trial schedule Ms. Dorsey and Mr. Neal could not meet with me until after October 16, 2023. Unfortunately, the deadline for this motion is October 16, 2023.

7. On October 11, 2023, Mr. Neal authorized us to file the stipulation to extend the deadline to respond. We filed the stipulation as ECF 114.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of October 2023, at Pasadena, California.

                                    */s/ Anita Susan Brenner*
                                    Anita Susan Brenner, Esq.,
                                    Declarant