JUDGE JESUS B. BERNAL
EXHIBIT A: SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

| **Case No.** | 2:20-cv-11124-JGB-MAA |
|---|---|
| **Case Name** | Negrete v. County of Los Angeles, et al. |

| Matter | Plaintiff(s)' Request mo/day/year | Defendant(s)' Request mo/day/year | Court's Order |
|---|---|---|---|
| ☒ Jury Trial or ☐ Court Trial **(Tuesday at 9:00 a.m.)** Length: __15__ Days | | 12/2/2025 | |
| Final Pretrial Conference [L.R. 16] and Hearing on Motions *In Limine* **(Monday – two (2) weeks before trial date)** | | 11/17/2025 | |
| Last Date to Conduct Settlement Conference | | 8/1/2025 | |
| Last Date to *Hear* Non–discovery Motions (Monday at 9:00 a.m.) | | 8/1/2025 | |
| All Discovery Cut–Off (including hearing all discovery motions) | | 3/1/2025 | |
| Expert Disclosure (Rebuttal) | | 4/15/2025 | |
| Expert Disclosure (Initial) | | 4/1/5025 | |
| Last Date to Amend Pleadings or Add Parties | | Expired. | |

ADR [L.R. 16–15] Settlement Choice:

☐ Attorney Settlement Officer Panel

☐ Private Mediation

☒ Magistrate Judge

Revised – July 2013 –7–